UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-03588-SJO (MLG) | Date | February 14, 2008 |
|---|---|---|---|
| Title | James David Logan v. John Kuyden | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause

   This action was filed on June 26, 2007 naming John Kuyden and Kathy Johnson as Defendants. On July 1, 2007, the Court issued summonses so that Plaintiff could effect service upon Defendants in conformity with Fed.R.Civ.P. 4(I) through the United States Marshal.  As of this date, Defendant Kuyden has been served by the United States Marshal.  Attempts to serve Kathy Johnson have been unsuccessful, as jail officials state that there is no employee by that name working for the Los Angeles County Sheriff's Department.

   Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the complaint, and the plaintiff can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the court's own initiative with notice to the plaintiff.  Defendant Johnson has not yet been served and there is no indication that service will ever be effected.

   IT IS ORDERED that on or before March 7, 2008, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to serve Defendant Johnson within the required time period. Plaintiff must provide information with which to identify or locate Defendant Johnson.  If Plaintiff fails to respond to this order within the time specified, he will be deemed to consent to a dismissal of the action against Defendant Johnson.

                                                                                           :
                                                            Initials of Preparer   ts