FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN K. VYDEN AND KATHY JOHNSON,<br><br>　　　　Defendants. | Case No.  CV 07-3588-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation attached hereto and orders the action be dismissed with prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and Judgment herein on all parties.

Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　S. James Otero
　　　　　　　　　　　　　　　　　　United States District Judge