JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN, | Case No. CV 07-3588-SJO (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN K. VYDEN AND KATHY JOHNSON, | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: 4/28/08



S. James Otero
United States District Judge